AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 22-6555-Hunt |
| DARRYL GLENN WILLIAMS and EVERETTE MARVIN PATTON, | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 8, 2022__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with Intent to Distribute a Controlled Substance |
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Elias Mitrani, HSI Special Agent
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by ~~FaceTime~~ telephone

Date: 12/09/2022

*Judge's signature*

City and state: Fort Lauderdale, Florida         Honorable Patrick M. Hunt, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michael Elias Mitrani, being duly sworn, hereby state as follows:

1. I am a Special Agent with Homeland Security Investigations ("HSI") and have been so employed since August 2019. I am currently assigned to the Miami Office. As an HSI Special Agent, I am responsible for investigating offenses involving violations of federal narcotics laws. I am also an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7). As an officer of the United States, I am empowered by law to conduct investigations and to make arrests for violations of federal law, including the offenses enumerated in the Controlled Substances Act, Title 21.

2. I submit this affidavit for the limited purpose of establishing probable cause in support of a criminal complaint charging that on or about December 8, 2022, Darryl Glenn Williams ("WILLIAMS") and Everette Marvin Patton ("PATTON") did knowingly possess with intent to distribute a controlled substance, in violation 21 U.S.C. § 841, and did unlawfully conspire to possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 846.

3. The information and statements contained in this affidavit are based upon my personal knowledge and investigation, as well as documents and information provided to me by other law enforcement personnel and witnesses. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.

## PROBABLE CAUSE

4. In or around December 2022, HSI received information from a Miami-Dade Police Department ("MDPD") Confidential Source ("CS") that WILLIAMS was looking to sell one kilogram of cocaine in the South Florida area.

1

5. On or about December 8, 2022, the CS communicated with WILLIAMS via phone and text messages. The CS indicated to WILLIAMS that he was interested in purchasing the kilogram of cocaine. WILLIAMS told the CS to meet him that same day in room 316 at a Comfort Suites hotel, located at 302 N Federal Highway, Dania Beach, Florida (the "hotel").

6. At approximately 8:05 p.m., law enforcement observed a white Nissan Altima with Florida license plate FL22PU, registered to PATTON, arrive at the hotel parking lot. An individual, later identified as PATTON, exited the white Altima carrying a cardboard box. PATTON is recorded on video entering the hotel with the cardboard box and waiting to enter the elevator.

7. After PATTON's arrival, the CS arrived to the hotel in a vehicle driven by an undercover officer (the "UC"). The CS then contacted WILLIAMS via phone to let him know that he had arrived and was waiting in the parking lot.

8. WILLIAMS exited the hotel and entered the UC's vehicle carrying a blue and white backpack. WILLIAMS proceeded to remove a rectangular item from the backpack. The item was wrapped in black electrical tape and was identified as a "brick" of cocaine. A "brick" is slang for a kilogram of cocaine. The CS used a knife to pierce the black electrical tape and reveal the contents. The UC confirmed that the contents appeared to be cocaine.

9. At approximately 8:25 p.m., law enforcement approached the UC's vehicle, placed WILLIAMS into custody, and seized the "brick" of cocaine.

10. Shortly thereafter, PATTON was observed exiting the lobby of the hotel and was also detained.

11. Law enforcement field tested the substance, which positively identified as cocaine. Law enforcement determined the total cocaine in the "brick" weighed approximately 1.110 kilograms, with packaging.

12. Law enforcement conducted a post-*Miranda* audio-recorded interview of WILLIAMS. WILLIAMS admitted to agreeing to sell a kilogram of cocaine. WILLIAMS explained that PATTON (whom he knew as "EVVY") delivered the cocaine to WILLIAMS's hotel room inside a cardboard box. WILLIAMS took the "brick" of cocaine, placed it in a backpack, and subsequently went downstairs to sell the "brick."

13. Law enforcement also conducted a post-*Miranda* audio and video-recorded interview of PATTON. PATTON admitted to delivering to the hotel the "brick" of cocaine that was stored inside the cardboard box. PATTON explained that a co-conspirator told him to pick up the cocaine and deliver it to WILLIAMS (whom he knew as "BLUE") because WILLIAMS wanted to sell the kilogram of cocaine. PATTON stated that he was waiting in WILLIAMS's hotel room, but eventually attempted to leave when WILLIAMS did not immediately return.

14. WILLIAMS gave law enforcement written consent to search his hotel room, number 316. During the consent search of the hotel room, law enforcement recovered a cardboard box similar to the box PATTON entered the hotel with. The cardboard box was found opened and empty.

## CONCLUSION

15. Based on the above facts, I submit that there is probable cause to believe that WILLIAMS and PATTON did knowingly possess with intent to distribute a controlled substance, in violation 21 U.S.C. § 841, and did unlawfully conspire to possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 846.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Michael Elias Mitrani, Special Agent
Homeland Security Investigations

Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by ~~Telephone~~ FaceTime this 9th day of December 2022.

_____
HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 22-6555-Hunt

### BOND RECOMMENDATION

DEFENDANT: DARRYL GLENN WILLIAMS

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Karla Albite

Last Known Address: 1633 Taft Street

Hollywood, FL 33020

What Facility: _____

Agent(s): Michael Elias Mitrani (HSI)
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 22-6555-Hunt

### BOND RECOMMENDATION

DEFENDANT: EVERETTE MARVIN PATTON

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Karla Albite

Last Known Address: 172 SW 96th Avenue

Plantation, FL 33324

What Facility: _____

Agent(s):   Michael Elias Mitrani (HSI)
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>22-6555-Hunt</u>

UNITED STATES OF AMERICA

vs.

DARRYL GLENN WILLIAMS and
EVERETTE MARVIN PATTON,

      Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __Yes _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? __Yes _X_ No

                                      Respectfully submitted,

                                      JUAN ANTONIO GONZALEZ
                                      UNITED STATES ATTORNEY

                    By:    /s/ *Karla Albite*_____
                            KARLA ALBITE
                            Assistant United States Attorney
                            Federal Bar No.: A5502593
                            99 N.E. 4th Street
                            Miami, Florida 33132
                            E-mail: Karla.Albite@usdoj.gov
                            Telephone: (305) 961-9268
                            Fax: (305) 536-4699