# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

Date: 12/09/22  Time: 11:00 a.m.

Defendant: Darryl Glenn Williams (J) ✓   J#: _____   Case #: 22-6555-Hunt
AUSA: Karla Albite (Anita White - Duty)   Attorney: Tim Day (In Court)
Violation: Conspiracy to Distribute a Controlled Substance.
Proceeding: Initial Appearance   CJA Appt: _____
Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond: ~~PTD~~ 150,000 PSB w/Co sgnr.
Bond Set at: _____   Co-signed by: Luwanda Joseph 2 Briarwood Circle Hollywood, FL
Language: English

- [✓] Surrender and/or do not obtain passports/travel docs
- [✓] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [✓] Random urine testing by Pretrial Services _____
       Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [✓] Maintain or seek full-time employment/education
- [✓] No contact with victims/witnesses or co-defendants / defendants.
- [✓] No firearms
- [ ] Not to encumber property
- [✓] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment  *Allowed to travel to Alabama for work purposes only.
- [✓] Travel extended to: SDFL
- [✓] Other: Appear at all court hearing and commit no new crimes.

Disposition:
All parties present

Deft advised of rights and charges.

Deft sworn RE Counsel.

FPD appointed.

* Brady

NEXT COURT APPEARANCE  Date:   Time:   Judge:   Place:
Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: 12/23/22  11AM  Duty  FTL
Status Conference RE: _____

Check if Applicable: [ ]   The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 11:22:56 / 11:50:19   Time in Court: 40 mins.
Page: _____